# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 07, 2026

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

Mr. Ehiremen Bennard Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

Mr. Omokhodion Alfred Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

Mr. Paul Bowie Watkins Jr.
Mayo Mallette, P.L.L.C.
2094 Old Taylor Road
5 University Office Park
Suite 200
Oxford, MS 38655

    No. 26-60007   Eriakha v. University of Mississippi
                        USDC No. 3:25-CV-226
                        USDC No. 3:25-CV-250

Dear Mr. Crews, Mr. Eriakha, Mr. Eriakha, Mr. Watkins,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk