# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 08, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-60007　Eriakha v. University of Mississippi
　　　　　　　　USDC No. 3:25-CV-226
　　　　　　　　USDC No. 3:25-CV-250

Enclosed is an order entered in this case.

　　　　　　　　Sincerely,

　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　By: _____
　　　　　　　　Sean Hannan, Deputy Clerk

Mr. David Crews
Mr. Ehiremen Bennard Eriakha
Mr. Omokhodion Alfred Eriakha
Mr. Paul Bowie Watkins Jr.