# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 8, 2026
Lyle W. Cayce
Clerk

No. 26-60007

---

Omokhodion Alfred Eriakha; Ehiremen Bennard Eriakha,

*Plaintiffs—Appellants*,

*versus*

University of Mississippi; Yi Yang, *Doctor, Chair, Department of Pharmacy Administration*; Marie Barnard, *Doctor, Graduate Program Coordinator, Pharmacy Administration*; Annette Kluck, *Doctor, Dean of the Graduate School*; Yinan Huang, *Doctor, Faculty Member*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:25-CV-226
USDC No. 3:25-CV-250

---

UNPUBLISHED ORDER

Before Stewart, Willett, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's motion for administrative stay is DENIED.

No. 26-60007

IT IS FURTHER ORDERED that Appellant's alternative motion for injunction pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to direct Appellees to refrain from reporting or communicating to any third party any change in Appellant's enrollment status or institutional affiliation is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to direct Appellees to refrain from implementing or enforcing any administrative action predicated on the challenged action is DENIED.