# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

RECEIVED
JAN 09 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

OMOKHODION ALFRED ERIAKHA           PLAINTIFF

)

v.          ) CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV

)

UNIVERSITY OF MISSISSIPPI, ET AL.          DEFENDANTS

*Consolidated With*

EHIREMEN BENNARD ERIAKHA          PLAINTIFF

)

v.          ) CIVIL ACTION NO.: 3:25-cv-250-DMB-RP

)

UNIVERSITY OF MISSISSIPPI, ET AL.          DEFENDANTS

## NOTICE OF APPEAL

(Filed by Plaintiff Ehiremen Bennard Eriakha)

1

Notice is hereby given that Plaintiff Ehiremen Bennard Eriakha, proceeding pro se, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on January 7, 2026, dismissing this action with prejudice, and from any accompanying Memorandum Opinion and Order and all rulings that merged into that final judgment.

This appeal is taken pursuant to *28 U.S.C. § 1291* and *Federal Rules of Appellate Procedure 3 and 4*.

Respectfully submitted this 9th day of January, 2026.

_____

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a true and correct copy of the foregoing Notice of Appeal was filed with the Clerk of Court and served by electronic mail upon:

**Paul B. Watkins, Esq.**

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 9th day of January, 2026, in Oxford, Mississippi.

_____

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com