# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2026

Mr. Ehiremen Bennard Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

    No. 26-60007   Eriakha v. University of MS
                         USDC No. 3:25-CV-226
                         USDC No. 3:25-CV-250

Dear Mr. Eriakha,

We have received your opposed emergency motion for administrative stay and, in the alternative, injunction pending appeal filed via email on 01/13/2026. Because the court has previously denied the requested relief, we are taking no action on this motion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Sean Hannan, Deputy Clerk

cc:
    Mr. Omokhodion Alfred Eriakha
    Mr. Paul Bowie Watkins Jr.