# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
   No. 26-60007    Eriakha v. University of MS
                   USDC No. 3:25-CV-226
                   USDC No. 3:25-CV-250
```

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Sean Hannan, Deputy Clerk

Mr. David Crews
Mr. Ehiremen Bennard Eriakha
Mr. Omokhodion Alfred Eriakha
Mr. Paul Bowie Watkins Jr.