# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 16, 2026
Lyle W. Cayce
Clerk

No. 26-60007

Omokhodion Alfred Eriakha; Ehiremen Bennard Eriakha,

*Plaintiffs—Appellants*,

*versus*

University of Mississippi; Yi Yang, *Doctor, Chair, Department of Pharmacy Administration*; Marie Barnard, *Doctor, Graduate Program Coordinator, Pharmacy Administration*; Annette Kluck, *Doctor, Dean of the Graduate School*; Yinan Huang, *Doctor, Faculty Member*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:25-CV-226
USDC No. 3:25-CV-250

ORDER:

IT IS ORDERED that the Appellant's motion requesting that the unfiled motion submitted on January 13, 2026 be filed and submitted to the court as an emergency motion is DENIED.

No. 26-60007

   /s/ Carl E. Stewart
Carl E. Stewart
*United States Circuit Judge*