The Appellant's twin brother Alfred, who was also a graduate student at the University of Mississippi, filed a lawsuit alleging similar claims against several common defendants. The District Court consolidated those lawsuits for all purposes. The District Court granted Appellees' Motion to Dismiss the Appellant's claims. The Defendants in Alfred's case have filed a Motion to Dismiss those claims, and the District Court has stayed discovery in that action pending a ruling on that Motion.