# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2026

Mr. Ehiremen Bennard Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

        No. 26-60007     Eriakha v. University of MS
                         USDC No. 3:25-CV-226
                         USDC No. 3:25-CV-250

Dear Mr. Eriakha,

We have determined that your brief received via email on 03/16/2026 is deficient (for the reason cited below) and must be corrected within 14 days.

The only attachments allowed to the briefs without leave of court are statutes, rules, regulations, etc. See Fed. R. App. P. 28(f).

Note:  Once you have prepared your sufficient brief, you must either email the brief in PDF format to **pro_se@ca5.uscourts.gov** or mail a copy to our office. The brief is not sufficient until final review by the clerk's office. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Sean Hannan, Deputy Clerk
                504-310-7702

cc:
    Mr. Omokhodion Alfred Eriakha
    Mr. Paul Bowie Watkins Jr.