# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2026

Mr. Ehiremen Bennard Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

         No. 26-60007    Eriakha v. University of MS
                         USDC No. 3:25-CV-226
                         USDC No. 3:25-CV-250

Dear Mr. Eriakha,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days. You may:

1. Send corrected record excerpts and we will recycle those on file.

2. Send corrected record excerpts to pro_se@ca5.uscourts.gov.

You need to correct or add:

A numbered Table of Contents, with citation to the record beginning with the lower court docket sheet is required, see 5th Cir. R. 30.1.7(a).

Please update the Certificate of Service/Proof of Service with the current date of your filing.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____Rebecca Andry_____
                         Rebecca Andry, Deputy Clerk
                         504-310-7638

cc:
    Mr. Omokhodion Alfred Eriakha
    Mr. Paul Bowie Watkins Jr.