U.S. COURT OF APPEALS
RECEIVED
*03/22/2026*
FIFTH CIRCUIT

**Case No. 26-60007**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

OMOKHODION ALFRED ERIAKHA,

PLAINTIFF - APPELLANT

V.

UNIVERSITY OF MISSISSIPPI; YI YANG, DOCTOR, CHAIR, DEPARTMENT OF PHARMACY ADMINISTRATION; MARIE BARNARD, DOCTOR, GRADUATE PROGRAM COORDINATOR, PHARMACY ADMINISTRATION; ANNETTE KLUCK, DOCTOR, DEAN OF THE GRADUATE SCHOOL,

DEFENDANTS - APPELLEES

EHIREMEN BENNARD ERIAKHA,

PLAINTIFF – APPELLANT, PRO SE

V.

UNIVERSITY OF MISSISSIPPI; YI YANG, DOCTOR, CHAIR, DEPARTMENT OF PHARMACY ADMINISTRATION; MARIE BARNARD, DOCTOR, GRADUATE PROGRAM COORDINATOR, PHARMACY ADMINISTRATION; ANNETTE KLUCK, DOCTOR, DEAN OF THE GRADUATE SCHOOL; YINAN HUANG, DOCTOR, FACULTY MEMBER,

DEFENDANTS - APPELLEES

1

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

CIVIL ACTION NO. 3:25-CV-00226-MPM-JMV (LEAD CASE)

(CONSOLIDATED WITH CIVIL ACTION NO. 3:25-CV-00250-DMB-RP)

**APPELLANT EHIREMEN BENNARD ERIAKHA'S MOTION FOR**

**LEAVE TO FILE RECORD EXCERPTS OUT OF TIME**

EHIREMEN BENNARD ERIAKHA

PLAINTIFF-APPELLANT, PRO SE

1802 JACKSON AVE. W., APT. 83

OXFORD, MS 38655

TEL: (662) 281-4676

EMAIL: ERIAKHABERNARD@GMAIL.COM

Appellant Ehiremen Bennard Eriakha is proceeding *pro se* and understood from public Fifth Circuit guidance indicating that *pro se* appellants are not ordinarily required to file record excerpts. The briefing notice in this appeal, however, stated that record excerpts were due with the brief.

Appellant timely submitted his opening brief on **March 16, 2026**. Accordingly, out of an abundance of caution, and to avoid any possible delay or prejudice, Appellant now submits the accompanying record excerpts and respectfully requests leave to file them out of time to the extent such leave is required.

Respectfully submitted,

/s/ Ehiremen Bennard Eriakha
Ehiremen Bennard Eriakha
Plaintiff-Appellant, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com
Dated: March 23, 2026

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. App. P. 25(d)* and *Fifth Circuit Rule 25.2*, I certify that on March

23, 2026, I served a true and correct copy of the foregoing motion as follows:


Via electronic filing / email (Fifth Circuit Pro Se Filings):
Clerk's Office
United States Court of Appeals for the Fifth Circuit
Email: pro_se@ca5.uscourts.gov


Via email (Counsel for Appellees):
Paul B. Watkins, Esq.
Mayo Mallette PLLC
Email: pwatkins@mayomallette.com

Brooke Jackson, Esq.
Mayo Mallette PLLC
Email: bjackson@mayomallette.com


Executed this 23rd day of March, 2026.

/s/ Ehiremen Bennard Eriakha
Ehiremen Bennard Eriakha
Plaintiff-Appellant, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com