# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2026

Mr. Ehiremen Bennard Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

    No. 26-60007    Eriakha v. University of MS
                    USDC No. 3:25-CV-226
                    USDC No. 3:25-CV-250

Dear Mr. Eriakha,

We received your motion for leave to file record excerpts out of
time.  As the record excerpts were timely filed, we are taking no
action on this motion.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _Rebecca Andry_____
                  Rebecca Andry, Deputy Clerk
                  504-310-7638

cc:
    Mr. Omokhodion Alfred Eriakha
    Mr. Paul Bowie Watkins Jr.