# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2026

Mr. Omokhodion Alfred Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

        No. 26-60007    Eriakha v. University of MS
                        USDC No. 3:25-CV-226
                        USDC No. 3:25-CV-250

Dear Mr. Eriakha,

Your appeal is deficient for the following reason(s):

You have not filed the appellant's brief.  FED. R. APP. P.28

You must correct all outstanding deficiencies within 15 days of
the date of this letter or your appeal will be dismissed pursuant
to 5th Cir. R. 42.3.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____Rebecca Andry_____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

cc:
    Mr. Ehiremen Bennard Eriakha
    Mr. Paul Bowie Watkins Jr.