# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

OMOKHODION ALFRED ERIAKHA,

PLAINTIFF - APPELLANT

V.

UNIVERSITY OF MISSISSIPPI; YI YANG, DOCTOR, CHAIR, DEPARTMENT OF PHARMACY ADMINISTRATION; MARIE BARNARD, DOCTOR, GRADUATE PROGRAM COORDINATOR, PHARMACY ADMINISTRATION; ANNETTE KLUCK, DOCTOR, DEAN OF THE GRADUATE SCHOOL,

DEFENDANTS - APPELLEES

EHIREMEN BENNARD ERIAKHA,

PLAINTIFF – APPELLANT, PRO SE

V.

UNIVERSITY OF MISSISSIPPI; YI YANG, DOCTOR, CHAIR, DEPARTMENT OF PHARMACY ADMINISTRATION; MARIE BARNARD, DOCTOR, GRADUATE PROGRAM COORDINATOR, PHARMACY ADMINISTRATION; ANNETTE KLUCK, DOCTOR, DEAN OF THE GRADUATE SCHOOL; YINAN HUANG, DOCTOR, FACULTY MEMBER,

DEFENDANTS - APPELLEES

1

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

CIVIL ACTION NO. 3:25-CV-00226-MPM-JMV (LEAD CASE)

(CONSOLIDATED WITH CIVIL ACTION NO. 3:25-CV-00250-DMB-RP)

## APPELLANT OMOKHODION ALFRED ERIAKHA'S MOTION TO DISCHARGE DEFICIENCY NOTICE OR, IN THE ALTERNATIVE, TO CLARIFY THAT NO APPELLANT'S BRIEF IS DUE FROM HIM

OMOKHODION ALFRED ERIAKHA

PLAINTIFF-APPELLANT, PRO SE

1802 JACKSON AVE. W., APT. 83

OXFORD, MS 38655

TEL: (662) 281-4676

EMAIL: ERIAKHAB@GMAIL.COM

Omokhodion Alfred Eriakha ("Alfred"), proceeding pro se, respectfully moves the Court to discharge the **March 26, 2026** deficiency notice as to him or, in the alternative, to clarify that no appellant's brief is due from him in Case No. 26-60007.

1. On **January 6, 2026**, Alfred and Ehiremen Bennard Eriakha ("Bennard") jointly filed a Notice of Appeal under **28 U.S.C. § 1292(a)(1)**. (3:25-cv-00226, **Dkt. 46**; 3:25-cv-00250, **Dkt. 57**).

2. Alfred joined that notice as a co-movant after filing a *Motion to Adopt and Join* Bennard's pending **Rule 65** motions in Civil Action No. 3:25-cv-00250-DMB-RP. (3:25-cv-00226, **Dkt. 45**; 3:25-cv-00250, **Dkt. 56**).

3. The **January 6, 2026** notice arose from the effective denial of injunctive relief resulting from the district court's failure to rule on Bennard's *Renewed Motion for Temporary Restraining Order* (3:25-cv-00250, **Dkt. 15**) and *Renewed Motion for Preliminary Injunction* (3:25-cv-00250, **Dkt. 16**).

4. On **January 7, 2026**, the district court entered final judgment dismissing Bennard's claims with prejudice. (3:25-cv-00226, **Dkt. 47**; 3:25-cv-00250, **Dkt. 58**).

5. No final judgment was entered in Alfred's case, Civil Action No. 3:25-cv-00226-MPM-JMV. Alfred's case remains active in the district court, where a recusal motion is currently pending. (3:25-cv-00226, **Dkt. 48**).

6. On **January 9, 2026**, Bennard alone filed a *Notice of Appeal* under *28 U.S.C. § 1291* from the final judgment entered in his case. (3:25-cv-00226, *Dkt. 50*; 3:25-cv-00250, *Dkt. 61*).

7. That appeal was consolidated into Case No. 26-60007. Alfred did not file that *§ 1291 notice of appeal*, and no final judgment has been entered in his case.

8. On **March 26, 2026**, the Clerk issued a deficiency notice for failure to file an appellant's brief, with a remedy deadline of **April 10, 2026**, directed to Appellant Omokhodion Alfred Eriakha.

9. Alfred submitted a response dated **March 27, 2026**, explaining that no appellant's brief is due from him and requesting that the deficiency notice be discharged as to him or that the docket be clarified accordingly.

10. PACER does not reflect docketing of that **March 27, 2026** response.

11. Because Alfred did not file the **January 9, 2026 *§ 1291* notice of appeal**, and because no final judgment has been entered in Alfred's district-court case, no appellant's brief is due from Alfred in Case No. 26-60007.

12. This motion is submitted to ensure that the docket accurately reflects Alfred's procedural posture and that he is not dismissed based on a brief obligation that does not apply to him.

WHEREFORE, Alfred respectfully requests that the Court discharge the **March 26, 2026** deficiency notice as to him or, in the alternative, clarify that no appellant's brief is due from him in Case No. 26-60007.

Respectfully submitted,

/s/ Omokhodion Alfred Eriakha
Omokhodion Alfred Eriakha
Plaintiff-Appellant, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhab@gmail.com
Dated: April 10, 2026

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 10, 2026, I served a true and correct copy of the foregoing

motion as follows:

Via electronic filing / email (Fifth Circuit Pro Se Filings):
Clerk's Office
United States Court of Appeals for the Fifth Circuit
Email: pro_se@ca5.uscourts.gov

Via email (Counsel for Appellees):
Paul B. Watkins, Esq.
Mayo Mallette PLLC
Email: pwatkins@mayomallette.com

Brooke Jackson, Esq.
Mayo Mallette PLLC
Email: bjackson@mayomallette.com

Executed this 10th day of April, 2026.

/s/ Omokhodion Alfred Eriakha
Omokhodion Alfred Eriakha
Plaintiff-Appellant, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhab@gmail.com