

U.S. COURT OF APPEALS
RECEIVED
*03/27/2026*
FIFTH CIRCUIT

**Case No. 26-60007**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

OMOKHODION ALFRED ERIAKHA,

PLAINTIFF - APPELLANT

V.

UNIVERSITY OF MISSISSIPPI; YI YANG, DOCTOR, CHAIR, DEPARTMENT OF PHARMACY ADMINISTRATION; MARIE BARNARD, DOCTOR, GRADUATE PROGRAM COORDINATOR, PHARMACY ADMINISTRATION; ANNETTE KLUCK, DOCTOR, DEAN OF THE GRADUATE SCHOOL,

DEFENDANTS - APPELLEES

---

EHIREMEN BENNARD ERIAKHA,

PLAINTIFF – APPELLANT, PRO SE

V.

UNIVERSITY OF MISSISSIPPI; YI YANG, DOCTOR, CHAIR, DEPARTMENT OF PHARMACY ADMINISTRATION; MARIE BARNARD, DOCTOR, GRADUATE PROGRAM COORDINATOR, PHARMACY ADMINISTRATION; ANNETTE KLUCK, DOCTOR, DEAN OF THE GRADUATE SCHOOL; YINAN HUANG, DOCTOR, FACULTY MEMBER,

DEFENDANTS - APPELLEES

1

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

CIVIL ACTION NO. 3:25-CV-00226-MPM-JMV (LEAD CASE)

(CONSOLIDATED WITH CIVIL ACTION NO. 3:25-CV-00250-DMB-RP)

**APPELLANT OMOKHODION ALFRED ERIAKHA'S RESPONSE TO**

**CLERK'S DEFICIENCY NOTICE**

OMOKHODION ALFRED ERIAKHA

PLAINTIFF-APPELLANT, PRO SE

1802 JACKSON AVE. W., APT. 83

OXFORD, MS 38655

TEL: (662) 281-4676

EMAIL: ERIAKHAB@GMAIL.COM

Omokhodion Alfred Eriakha ("Alfred") respectfully submits this response to the Clerk's **March 26, 2026** deficiency notice stating that he has not filed an appellant's brief and warning of dismissal under *Fifth Circuit Rule 42.3*.

No appellant's brief is due from Alfred in Case No. 26-60007.

## I.　　Alfred's Connection to Case No. 26-60007

On **January 6, 2026**, Omokhodion Alfred Eriakha and Ehiremen Bennard Eriakha ("Bennard") jointly filed a Notice of Appeal under *28 U.S.C. § 1292(a)(1)*. (3:25-cv-00226, *Dkt. 46*; 3:25-cv-00250, *Dkt. 57*). Alfred joined that notice as a co-movant who had filed a Motion to Adopt and Join Bennard's pending *Rule 65* motions in Civil Action No. 3:25-cv-00250-DMB-RP. (3:25-cv-00226, *Dkt. 45*; 3:25-cv-00250, *Dkt. 56*). The **January 6** notice arose from the effective denial of injunctive relief based on the district court's failure to rule on Bennard's Renewed Motion for *Temporary Restraining Order* (3:25-cv-00250, *Dkt. 15*) and Renewed Motion for *Preliminary Injunction* (3:25-cv-00250, *Dkt. 16*).

## II.　　No Final Judgment Has Been Entered in Alfred's Case

The district court's **January 7, 2026** Memorandum Opinion entered final judgment dismissing Bennard's claims with prejudice. (3:25-cv-00226, *Dkt. 47*; 3:25-cv-00250, *Dkt. 58*). That **January 7, 2026** Memorandum Opinion did not enter final judgment in Alfred's case, Civil Action No. 3:25-cv-00226-MPM-JMV. Alfred's

3

case therefore remains active in the district court, where a recusal motion is currently pending. (3:25-cv-00226, *Dkt. 48*).

### III.    Alfred Has No Appellant's Brief Obligation in Case No. 26-60007

On **January 9, 2026**, Bennard alone filed a *Notice of Appeal* under *28 U.S.C. § 1291* from the final judgment entered in his case. (3:25-cv-00226, *Dkt. 50*; 3:25-cv-00250, *Dkt. 61*). That appeal was consolidated into Case No. 26-60007. Alfred did not file that *§ 1291 notice of appeal*, and no final judgment has been entered in Alfred's case.

The deficiency notice appears to treat Alfred as an appellant with an outstanding brief obligation. Respectfully, that appears to arise from Alfred's inclusion on the **January 6** joint *notice of appeal*, without accounting for the later *§ 1291* appeal filed by Bennard alone and consolidated into Case No. 26-60007. Because Alfred did not file the *§ 1291* notice of appeal and no final judgment has been entered in Alfred's district-court case, no appellant's brief is due from Alfred.

Alfred therefore respectfully requests that the **March 26, 2026** deficiency notice be discharged as to him, or that the docket otherwise be clarified to reflect that no appellant's brief is due from him.

Respectfully submitted,

/s/ Omokhodion Alfred Eriakha
Omokhodion Alfred Eriakha
Plaintiff-Appellant, pro se

1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhab@gmail.com
Dated: March 27, 2026

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. App. P. 25(d)* and *Fifth Circuit Rule 25.2*, I certify that on March 27, 2026, I served a true and correct copy of the foregoing response as follows:

Via electronic filing / email (Fifth Circuit Pro Se Filings):
Clerk's Office
United States Court of Appeals for the Fifth Circuit
Email: pro_se@ca5.uscourts.gov

Via email (Counsel for Appellees):
Paul B. Watkins, Esq.
Mayo Mallette PLLC
Email: pwatkins@mayomallette.com

Brooke Jackson, Esq.
Mayo Mallette PLLC
Email: bjackson@mayomallette.com

Executed this 27th day of March, 2026.

/s/ Omokhodion Alfred Eriakha
Omokhodion Alfred Eriakha
Plaintiff-Appellant, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhab@gmail.com