# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2026

Mr. Omokhodion Alfred Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

          No. 26-60007    Eriakha v. University of MS
                          USDC No. 3:25-CV-226
                          USDC No. 3:25-CV-250

Dear Mr. Eriakha,

Given your signature on the original notice of appeal, an appellant's brief is still required.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca Andry, Deputy Clerk
                    504-310-7638

cc:
     Mr. Ehiremen Bennard Eriakha
     Mr. Paul Bowie Watkins Jr.