# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-60007   Eriakha v. University of MS
                  USDC No. 3:25-CV-226
                  USDC No. 3:25-CV-250

The court has taken the following action in this case: Appellant Omokhodion Alfred Eriakha's motion for reconsideration of the 03/26/2026 dismissal notice is DENIED.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Sean Hannan, Deputy Clerk
        504-310-7702

Mr. Ehiremen Bennard Eriakha
Mr. Omokhodion Alfred Eriakha
Mr. Daniel B. McHugh
Mr. Paul Bowie Watkins Jr.