# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-60007   Eriakha v. University of MS
                  USDC No. 3:25-CV-226
                  USDC No. 3:25-CV-250

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Sean Hannan, Deputy Clerk
                504-310-7702

Mr. Ehiremen Bennard Eriakha
Mr. Omokhodion Alfred Eriakha
Mr. Daniel B. McHugh
Mr. Paul Bowie Watkins Jr.

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 26-60007

_____

Ehiremen Bennard Eriakha,

                    Plaintiff - Appellant

v.

University of Mississippi; Yi Yang, Doctor, Chair, Department of
Pharmacy Administration; Marie Barnard, Doctor, Graduate Program
Coordinator, Pharmacy Administration; Annette Kluck, Doctor,
Dean of the Graduate School; Yinan Huang, Doctor, Faculty
Member,

                    Defendants - Appellees