# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2026

Mr. Paul Bowie Watkins Jr.
Mayo Mallette, P.L.L.C.
2094 Old Taylor Road
5 University Office Park
Suite 200
Oxford, MS 38655

    No. 26-60007   Eriakha v. University of MS
                   USDC No. 3:25-CV-250

Dear Mr. Watkins,

The Appellees' brief is due on May 26, 2026. 5th Cir. R. 31 and
the Internal Operating Procedures following rules 27 and 31 state
that except in the most extraordinary circumstances, the maximum
extension for filing briefs is 30 days in criminal cases and 40
days in civil cases.

**Citation Guidelines:** Pursuant to 5th Cir. R. 28.2.2, use the
following citation format:

- For single record cases, use "ROA." followed by the page
  number (e.g., "ROA.123").
- For multiple record cases, cite "ROA." followed by the Fifth
  Circuit appellate case number, followed by the page of the
  record (e.g., "ROA.13-12345.123").
- Each citation must end with a period (.) or semicolon (;).

**Electronic Record on Appeal (EROA):** We permit you to download all
or part of the electronic record on appeal (EROA) after this is
approved by the U.S. District Court. You will receive a notice
when access to the EROA is available. Counsel must be approved for
electronic filing and be listed as an attorney of record in the
case before access will be granted. Instructions for accessing
and downloading the EROA will be included in the notice you receive
from the district court, but you may also access the instructions
at: www.ca5.uscourts.gov/docs/eroadownload.

Please note that sealed documents, except for the presentence
investigation report in criminal appeals, will not be included in
the EROA. You must file a motion in our court for access to sealed
documents, which will be provided by the district court only upon
the filing and granting of a motion by our court.

**Brief Template:** The clerk's office provides brief templates and
a tool to check briefs for potential deficiencies before docketing.

To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

<u>Record Excerpts:</u> 5th Cir. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court <u>must</u> contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

**Reminder Regarding Sealed Documents:** Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

**Signing Pleadings:** While our rules do not directly regulate the process by which a party or an attorney produces the filing—such as writing it personally with no assistance, delegating part of its preparation to another, or using generative artificial intelligence, the signature is an attestation that the signer has reviewed the filing and is responsible for the accuracy of its contents.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk
504-310-7702

Enclosure(s)

cc w/encl:
    Mr. Ehiremen Bennard Eriakha

_____

Case No. 26-60007

_____

Ehiremen Bennard Eriakha,

        Plaintiff - Appellant

v.

University of Mississippi; Yi Yang, Doctor, Chair, Department of
Pharmacy Administration; Marie Barnard, Doctor, Graduate Program
Coordinator, Pharmacy Administration; Annette Kluck, Doctor,
Dean of the Graduate School; Yinan Huang, Doctor, Faculty
Member,

        Defendants - Appellees