# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2026

Mr. Paul Bowie Watkins Jr.
Mayo Mallette, P.L.L.C.
2094 Old Taylor Road
5 University Office Park
Suite 200
Oxford, MS 38655

        No. 26-60007    Eriakha v. University of MS
                        USDC No. 3:25-CV-226
                        USDC No. 3:25-CV-250

Dear Mr. Watkins,

We have determined that your brief is deficient (for the reason cited below) and must be corrected within 14 days.

Record References: The use of "id" is not permitted when citing to the record on appeal.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Sean Hannan, Deputy Clerk
                        504-310-7702

cc:
    Mr. Ehiremen Bennard Eriakha